Mary McNamara, CSBN 147131
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for RAFAEL RAMIREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>RAFAEL RAMIREZ, et al.,<br><br>Defendants. | Case No. CR 06-00316 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISTRIBUTE SEALED PORTIONS OF THE REPORTER'S TRANSCRIPT OF MARCH 23, 2007 HEARING** |

## **STIPULATION**

Defendant Rafael Ramirez, by and through his attorney Mary McNamara, and the United States, by and through Assistant United States Attorney Barbara Silano, HEREBY STIPULATE AND AGREE as follows:

1. On March 23, 2007, a change of plea hearing was held before this Court.

2. Portions of the transcript related to the March 23, 2007 hearing are currently under seal.

3. Defendant's counsel would like the opportunity to use the reporter's transcript of the March 23, 2007 hearing, including sections that are currently under seal, in connection with the July 2, 2007 sentencing hearing.

4. The parties agree that the sealed sections of the transcript may be distributed to Mary McNamara for limited use in connection with the July 2, 2007 sentencing hearing.

IT IS SO STIPULATED.

Dated: March 29, 2007                                  /s/
                                                       Mary McNamara
                                                       Attorney for Defendant RAFAEL RAMIREZ

Dated: April 12, 2007                                  /s/
                                                       Barbara Silano
                                                       Assistant United States Attorney

1 **~~PROPOSED~~ ORDER**

Pursuant to stipulation, and good cause appearing therefore, it is HEREBY ORDERED that the sealed portions of the transcript of the March 23, 2007 hearing be distributed to Mary McNamara for limited use in connection with the July 2, 2007 sentencing hearing. Any use of the documents shall be limited to *USA v. Rafael Ramirez*, Case No. CR 06-00316.

IT IS SO ORDERED.

Dated: 4/17/2007



The Honorable
United States

3