Mary McNamara, SBN 147131
Alexis Haller, SBN 201210
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for RAFAEL RAMIREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 06-00316 MHP |
|---|---|
| Plaintiff | |
| vs. | **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE** |
| RAFAEL RAMIREZ, et al. | |
| Defendants. | |

**STIPULATION**

Defendant Rafael Ramirez, by and through his attorney Mary McNamara, and the United States, by and through Assistant United States Attorney Barbara Silano, HEREBY STIPULATE AND AGREE as follows:

1. Defendant Rafael Ramirez is currently scheduled to be sentenced on July 2, 2007.

2. Defense counsel has learned that due to an unavoidable scheduling conflict, she will not be available on July 2. The parties therefore request that the sentencing be continued until August 27, 2007.

/ / /
/ / /
/ / /
/ / /
/ / /

3. United States Probation Officer Sara Black has no objection to this request and is available on August 27, 2007.

IT IS SO STIPULATED.

Dated: June 29, 2007                    /s/
                                        Mary McNamara
                                        Attorney for Defendant RAFAEL RAMIREZ

Dated: June 29, 2007                    /s/
                                        Barbara Silano
                                        Steve Jigger
                                        Assistant United States Attorneys

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 7/3/2007
                                        _____
                                        Honorable
                                        United States

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*